194

J. W. MITTENDORF, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM. 

(No. 75-CC-164—)

ST. MARY HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed December 4, 1974.*

ST. MARY HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM. 

(No. 75-CC-170—)

JEANNE O'DONNELL, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 4, 1974.*

JEANNE O'DONNELL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.